**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 06-cv-00422-WDM-CBS

SYLVIA POOL,

      Plaintiff,

v.

I.C. SYSTEM, INC.,

      Defendant.

---

**ORDER REGARDING STIPULATED MOTION TO AMEND SCHEDULING ORDER
TO PROVIDE DEFENDANT WITH ADDITIONAL TIME TO MAKE FED.R.CIV.P.
26(A)(2) DISCLOSURES**

---

THIS MATTER having come before the Court on the Stipulated Motion to Amend

Scheduling Order to Provide Defendant with Additional Time to Make Fed.R.Civ.P. 26(a)(2)

Disclosures (*doc. no. 19*), and the court being advised in the premises, it is hereby

ORDERED that the instant motion is **GRANTED**. The deadline for Rule 26(a)(2)

REBUTTAL expert disclosures is extended until **October 9, 2006**. *All deadlines previously set*

*by this Court, not modified herein, remain in effect.*

DATED at Denver, Colorado, this 29th day of August, 2006.

                               BY THE COURT:

                               *s/Craig B. Shaffer*

                               Craig B. Shaffer
                               United States Magistrate Judge