IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00422-WDM-CBS

SYLVIA POOL,

    Plaintiff,

v.

I.C. SYSTEM, INC.,

    Defendant.

---

### AMENDED ORDER REGARDING STIPULATED MOTION TO AMEND SCHEDULING ORDER TO PROVIDE DEFENDANT WITH ADDITIONAL TIME TO MAKE FED.R.CIV.P. 26(A)(2) DISCLOSURES

---

THIS MATTER having come before the Court on the Stipulated Motion to Amend Scheduling Order to Provide Defendant with Additional Time to Make Fed.R.Civ.P. 26(a)(2) Disclosures (*doc. no. 19)*, and the court being advised in the premises, it is hereby ORDERED that the instant motion is **GRANTED**. The deadline for Defendant to disclose its FED.R.CIV.P. 26(a)(2) witnesses is extended until **October 9, 2006**. *All deadlines previously set by this Court, not modified herein, remain in effect.*

DATED at Denver, Colorado, this 29th day of August, 2006.

                                    BY THE COURT:

                                    *s/Craig B. Shaffer*
                                    Craig B. Shaffer
                                    United States Magistrate Judge