IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-00422-WDM-CBS

SYLVIA POOL,

    Plaintiff,

v.

I.C. SYSTEM, INC.,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Defendant's Unopposed Motion to Withdraw Defendant's Motion to Compel FED.R.CIV.P. 35 Medical Examination of Plaintiff and Unopposed Motion to Vacate the Hearing Set for November 21, 2006 (*doc. no. 28)* is **GRANTED**.

    IT IS FURTHER ORDERED that Defendant's Motion to Compel Mental Examination of Plaintiff and Motion to Amend Scheduling Order (*doc. no. 24*) is **DENIED,** as withdrawn, and the hearing set for November 21, 2006, is VACATED.

**DATED:**    November 1, 2006